UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID GEORGE HENRY,

     Plaintiff,

v.                                                                    Case No: 6:24-cv-1018-JSS-EJK

U.S. CITIZENSHIP &
IMMIGRATION SERVICES and
SECRETARY, DEPARTMENT OF
HOMELAND SECURITY,

     Defendants.

_____/

## ORDER

Plaintiff moves to stay this case pending United States Citizenship and Immigration Services (USCIS) adjudication of Plaintiff's Form I-751, Petition to Remove Conditions on Residence. (Motion, Dkt. 20.) Defendants do not oppose the Motion. (*Id.*) According to the Motion, Plaintiff requests this matter be stayed pending USCIS's adjudication of Plaintiff's Form I-751 application as USCIS's adjudication of the petition will render this proceeding moot. (*Id.*) Upon consideration, Plaintiff's motion is granted.

District courts are vested with broad discretion to stay proceedings, which authority is incidental to their inherent powers to control their dockets. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The [d]istrict [c]ourt has broad discretion to stay proceedings as an incident to its power to control its own docket."); *Advanced Bodycare*

*Sols., LLC v. Thione Int'l, Inc.,* 524 F.3d 1235, 1241 (11th Cir. 2008) ("[D]istrict courts have inherent, discretionary authority to issue stays in many circumstances."). Courts consider three factors when determining whether a stay is appropriate: (1) whether the stay will prejudice the non-moving party; (2) whether a stay will streamline the case for trial; and (3) whether a stay will reduce the burdens of litigation on the parties and on the court. *Freedom Sci., Inc. v. GW Micro, Inc.*, No. 8:08-cv-1365-T-33TBM, 2009 WL 2423085, at *1 (M.D. Fla. July 29, 2009). There is no prejudice as Defendants are unopposed to the stay. Next, the stay will streamline the case and reduce the burdens of litigation on the parties and the court because the case may be disposed of altogether if USCIS adjudicates Plaintiff's Form I-751 while the case is stayed.

Accordingly, Plaintiff's Unopposed Motion to Stay Case (Dkt. 20) is **GRANTED**. This matter is **STAYED** pending USCIS's adjudication of Plaintiff's Form I-751. The parties **SHALL** file a joint status report advising the court of USCIS's progress in adjudicating Plaintiff's Form I-751 every **90 days** from the date of this Order. Either party may move to lift the stay no later than **30 days** after USCIS's adjudication of Plaintiff's Form I-751. The Clerk is **DIRECTED** to administratively close this case.

**ORDERED** in Orlando, Florida, on December 20, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

- 3 -

Copies furnished to:
Counsel of Record